**UNITED STATES COURT OF INTRNATIONAL TRADE**
**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**
_____

**Plaintiff:**

Gary L Barnes

      v.                                      Court Number: 25-00043

**Defendant:**

The United States

_____

**PLAINTIFF'S REQUEST TO HAVE JUDGE JENNIFER CHOE-GROVES
REVERSE HER DECISION TO DISMISS**
_____

1. As a Pro Se litigant, Plaintiff cannot represent others who may be similarly affected.

2. On February 3, 2025, Plaintiff filed a lawsuit to have declared unconstitutional President Trumps' issuing of tariffs, and the duty taxes those tariffs put in place, by Executive Orders.

3. Plaintiff alleged on page 7, paragraph 25, manufacturers, and businesses would pass the cost of doing business, caused by the duty taxes those tariffs put in place, on to the consumers.

4. Plaintiff alleged on page 11, paragraph 63, sub. W, the tariffs are a hidden tax increasing the cost of the products plaintiff purchases thereby reducing his buying potential.

5. Defendant has not addressed the core issue of Plaintiff's complaint, that it is unconstitutional to impose duty taxes through tariffs issued by a President's Executive Order.

6. Basically, defendant's only defense has been an attempt to misdirect attention from Plaintiff's core issue of the unconstitutionality of a President putting in place duties through issuing Executive Orders and to center it on Plaintiff does not pay duties imposed by a tariff and therefore lacks standing.

7. On April 29, 2025, Punchbowl news reported the possibility of Amazon displaying import charges (duty taxes of tariffs) on some products.

8. Soon after, Walmart reported it would disclose the effect tariffs had on the cost of some of its products.

9. Other news media have also reported this news.

10. News media have reported that defendant, United States (President Trump's) response has been that companies should eat those tariffs instead of increasing their prices and passing the costs of those duties, his Executive Orders put in place, on to their customers.

11. On Truth Social defendant (President Trump) posted:

    a. @realDonaldTrump

    b. May 17

    c. Walmart should STOP trying to blame Tariffs as the reason for raising prices throughout the chain. Walmart made BILLIONS OF DOLLARS last year, far more than expected. Between Walmart and China they should, as is said,, "EAT THE

  TARIFFS," and not charge valued customers ANYTHING. I'll be watching, and so will your customers!!!

12. Defendant, United States (President Trump's) recent response undermines defendant's attorney's argument that Plaintiff lacks standing and has not suffered an injury.

13. Defendant, United States (President Trump's) recent response proves he does not want the citizenry to be made aware of how much the tariff duties, his Executive Orders put in place, cost the customer.

14. Defendant, United States (President Trump's) recent response proves Plaintiff's injury is not abstract or conjectural as Defendant stated on Document #9, Page 13.

15. If the duty taxes put in place by the issuance of Executive Orders do not cause harm, why is Defendant (President Trump) so adamant about keeping those duty taxes secret?

16.  Defendant, United States (President Trump's) recent response show he wants the increased product costs due to the duties his Executive Orders put in place to be kept hidden from the consumers.

17. Companies not raising their prices and "EATING" or absorbing the expense duty taxes, put in place by tariffs, create, proves companies have been overcharging customers and have preemptively collected monies to compensate for when the duties are imposed, to offset the effect of those duties.

18. Attorneys who work with the law on a daily basis, should be held to a stricter compliance with the law.

19. Pro Se litigants should be accorded some leniency.

20. It appears the only deficiency is Plaintiff didn't hire a union member of the American Bar Association.

21. Rules, laws and their enforcement are a matter of common sense.

22. Common sense in this case would dictate a reversal of the decision to dismiss this suit.

23. Therefore, Plaintiff hereby requests Judge Jennifer Choe-Groves to reverse her decision to dismiss this suit and issue an injunction against President Trump's issuing any more unconstitutional Executive Orders involving tariffs that put in place duties.

Respectfully submitted,

Gary L Barnes, Pro Se

June 19, 2025

## CERTIFICATE OF COMPLIANCE

Plaintiff certifies this request to the Judge Jennifer Choe-Groves decision to dismiss this court action complies with the type-volume Rule 2(b) of the Court's Standard Chambers Procedures. Word processing calculated the number of words in Plaintiff's Reply to be 811.

Gary L Barnes Pro Se

June 19, 2025

**CERTIFICATE OF SERVICE**

      Plaintiff hereby certifies on June 19, 2025, I served Plaintiff's request to have Judge Jennifer Choe-Groves decision to dismiss reversed on Defendant's Attorney of Record, Luke Mathers, by email to Luke.Mathers@usdoj.gov and by Priority Mail of the USPS to the following address:

Luke Mathers  
Trial Attorney  
U.S. Department of Justice  
International Trade Field Office  
26 Federal Plaza - Room 346  
New York, NY 10278


June 19, 2025