UNITED STATES COURT OF INTRNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____

**Plaintiff:**

Gary L Barnes

      v.                            Court Number: 25-00043

**Defendant:**

The United States

_____

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND NOTICE OF PLAINTIFF'S MOTION FOR A PRE-TRIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR A PRE-TRIAL SUMMARY JUDGMENT**

_____

1. ****Plaintiff will now consider his request to have the Honorable Judge Jennifer Chloe-Groves' reverse her decision to dismiss this action as an amendment or extension to Plaintiff's original complaint.

2. ****In that respect, Plaintiff would not have to file the entirety of his original complaint again.

3. ****Defendant's attorney has made it very clear the defense that has been presented revolves around Plaintiff not being in a group such as importers (a business that first pays the duty) (page 7 0f 11, sentence 15 of Document 18) and therefore lacks standing to challenge duty taxes imposed on products by tariffs that have been enacted by Presidential Executive Orders.

4. A group such as importers is the first group to pay the duty taxes imposed by a tariff.

    a. Plaintiff at no time indicated he was trying to vindicate the rights of importers or others because as a Pro Se litigant he can only represent himself.

5. The second group to pay the duty taxes imposed by a tariff are the merchants

6. The final group to pay the duty taxes are the consumers,

    a. Importers and businesses will pass the cost of doing business on to the consumer.

7. Plaintiff is a member of the "consumers" group.

8. Plaintiff's amendment to his original complaint presents evidence, that was not available prior to the filing of his complaint, of defendant United States (President Donald Trump) insisting Amazon and Walmart not indicate the duty tax on imported products.

    a. Evidenced by President Trump's Truth Social post on May 17, 2025, "Walmart should STOP trying to blame Tariffs as the reason for raising prices throughout the chain. Walmart made BILLIONS OF DOLLARS last year, far more than expected. Between Walmart and China they should, as is said,, "EAT THE TARIFFS," and not charge valued customers ANYTHING. I'll be watching, and so will your customers!!!" (Document 16, paragraph 11).

9. The amount of state and local sales taxes is listed on consumer's receipts.

10. The amount of federal and state income taxes is listed on paycheck stubs.

11. The amount of Social Security and Medicare taxes is listed on paycheck stubs.

12. Duty taxes imposed by tariffs does not appear on sales receipts.

**13.** Duty taxes are the only tax consumers do not know how much they are being assessed.

**14.**  Evidenced by President Trump's Truth Social post on May 17, 2025t's it's apparent defendant United States (President Donald Trump) does not want the consumer's group to know how much the duty tax he imposed on imported products, by Executive Order, is affecting the cost of the items they are purchasing.

   a.  Duty taxes are therefore abstract or conjectural on purpose.

**15.** The duty taxes imposed by Presidential Executive Orders have an injurious impact on the purchasing power of myself and the rest of the group of consumers.

**16.** As stated in Plaintiff's original complaint, paragraph 1, Basis for Jurisdiction, Plaintiff's complaint deals with tariffs and more precisely, the duties (taxes) imposed by tariffs and the manner duties (taxes) can be enacted.

**17.** Defendant at no time has addressed the main material facts of Plaintiff's complaint, that of the unconstitutional imposing of duty taxes by Presidential Executive Orders enacting tariffs.

**18.** Therefore, Plaintiff is seeking a Pre-Trial Summary Judgment

## CONCLUSION

Plaintiff's is hereby filing a reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration or, in the Alternative, Motion to Dismiss Plaintiff's Amended Complaint along with a Notice of Plaintiff's Motion for a Pre-Trial Summary Judgment and Plaintiff's Motion for a Pre-Trial Summary Judgement

Respectfully submitted,

Gary L Barnes, Pro Se

August 11, 2025

UNITED STATES COURT OF INTRNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____

**Plaintiff:**

Gary L Barnes

        v.                        Court Number: 25-00043

**Defendant:**

The United States

_____

### PLAINTIFF'S NOTICE FOR A MOTION FOR A PRE-TRIAL SUMMARY JUDGMENT

_____

Plaintiff hereby serves notice on Defendant that Plaintiff is filing a Motion for a Pre-Trial Summary Judgment.

Respectfully submitted,

Gary L Barnes, Pro Se

August 11, 2025

UNITED STATES COURT OF INTRNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____

**Plaintiff:**

Gary L Barnes

       v.                                            Court Number: 25-00043

**Defendant:**

The United States

_____

### PLAINTIFF'S MOTION FOR A PRE-TRIAL SUMMARY JUDGMENT
_____

**19.** Introduction:

    a. Complainant Gary L Barnes is a citizen consumer of the United States.

**20.** Plaintiff's Claim:

    a. The U.S. Congress has enacted various legislation delegating its specified Constitutional Power to impose duty taxes to the Executive Branches President.

    b. The U.S. Congress can delegate its "discretionary powers" to any other agency or other branch of government'

    c. The U.S. Congress cannot delegate any of its "specified Constitutional powers" to any other agency or branch of government.

    d. The U.S. Congress delegation of any of its specified Constitutional Powers to another agency or branch of government would be amending the U.S. Constitution.

**21.** Undisputable Material Facts

   a. The United States Constitution is a contract between U.S. Government and the U.S. Citizens adopted by the representatives of the several colonies which became the first states.

      i. The U.S. Constitution sets forth rights of the U. S. Citizens

      ii. The U.S. Constitution sets forth the duties of the branches of the United States Government and how each branch is to conduct the business of the United States.

   b. The U.S. Constitution, Article I, Section 8, specifically authorizes only Congress to have the power to lay and collect duty taxes.

   c. Therefore, the U.S. Constitution specifically denies the President of the United States the power to impose duty taxes.

   d. When any actions by Congress or the President are in violation of the U.S. Constitution it is a breach of contract.

   e. In 1928, U.S. Congress enacted legislation which delegated to the President of the United States its specified Constitutional Power of the ability to impose duty taxes.

   f. The U.S. Congress delegated its Constitutional Power of imposing duty taxes to the President by the following legislation,

      i. The Tariff Act of 1930, The Reciprocal Trade Agreement Act of 1934, The Trade Expansion Act of 1962, The Trade Act of 1974, The International Emergencies Economic Powers Act of 1977,

g. Congress' 1928 legislation of its specified Constitutional Power to allow the U.S. President to impose duty taxes, and any such ensuing similar acts are an amendment to the provisions of the U.S. Constitution.

h. The U.S. Constitution, Article V sets forth the only procedure(s) by which the U.S. Constitution can be amended.

i. Congress passing legislation is not listed as a procedure by which the U. S. Constitution can be amended.

j. The Supreme Court ruled in Marbury v. Madison (1803), "The Constitution did not give the Court this power. Because the Constitution is the Supreme Law of the Land, the Court held that any contradictory congressional Act is without force"

k. Congress' delegation of its specified Constitutional Power to impose duty taxes to another agency or branch of government by any Legislative Act is contradictory to the U.S. Constitution and, therefore, without force

l. Congress cannot delegate, by any type of Legislative Act, a constitutionally specified duty reserved to it by the United States Constitution to any other branch of the United States Government.

m. Congress may delegate any of its discretionary duties to other branch of government or agencies.

n. President Trump has been issuing tariffs by Executive Orders since February 3, 2025 that have imposed a duty tax, a power the U.S. Constitution specifically denies the President.

    o. President has been shifting from imposing duty taxes by issuing tariffs and pausing those duty taxes.

## CONCLUSION

Defendant has not raised any challenge to the core issue of the U.S. Congress legislating the delegation of its specific Constitutional Powers to impose duty taxes to the U.S. President.

Defendant has not raised any challenge to the core issue of the U.S. President imposing duty taxes by issuing Executive Orders that impose tariffs.

The Court should deny Defendant's Opposition to Plaintiff's Motion for Reconsideration or, in the Alternative, Motion to Dismiss Plaintiff's Amended Complaint

**Therefore**, for the logic that has been set forth the Court should issue a ruling that imposes an injunction to halt the unconstitutional practice of the U.S. President imposing duty taxes by issuing Executive Orders that impose tariffs.

**Furthermore**, the Court should issue a ruling that any legislation of Congress that has delegated its specific Constitutional Power to impose duty taxes to any other agency or branch of government be ruled contradictory to the U.S. Constitution and therefore unconstitutional and without force.

Respectfully Submitted

Gary L Barnes, Pro Se

August 11, 2025

UNITED STATES COURT OF INTRNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____

**Plaintiff:**

Gary L Barnes

              v.                                                            Court Number: 25-00043

**Defendant:**

The United States

_____

**CERTIFICATE OF COMPLIANCE**

Plaintiff certifies this reply to Defendant's Motion to Dismiss complies with the type-volume Rule 2(b) of the Court's Standard Chambers Procedures. Word processing calculated the number of words in Plaintiff's Reply to be 1646

Gary L Barnes, Pro Se

August 11, 2025

UNITED STATES COURT OF INTRNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
_____

**Plaintiff:**

Gary L Barnes

          v.                                                    Court Number: 25-00043

**Defendant:**

The United States

_____

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies on August 11, 2025, I served the foregoing filing on Defendant's

Attorney of Record, Luke Mathers, by email to Luke.Mathers@usdoj.gov and by certified USPS

mail to the following address:

Luke Mathers
Trial Attorney
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza - Room 346
New York, NY 10278


Gary L Barnes, Pro Se


August 11, 2025